March 26, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

TRAVIS RAYMOND SMITH AND CORE DIRECTIONAL SERVICES, LLC,
Appellants

NO. 14-15-00183-CV                              V.

MULTI-SHOT, LLC D/B/A MS ENERGY SERVICES, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 12, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Travis Raymond Smith and Core Directional Services, LLC.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.